# COMPLAINT/REMOVAL DISMISSAL

## United States District Court
### Southern District of New York

Mag. Judge Dkt. No. 18-MJ-8252    Date 12-19-19

USAO No. 2018R01415

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint _____ Removal Proceedings in

*United States v.* Anson Huynh

The Complaint/~~Rule 40 Affidavit~~ was filed on 9-27-18

✓ *U.S. Marshals please withdraw warrant.*

ASSISTANT UNITED STATES ATTORNEY

Adam Hobson
(Print name)

**SO ORDERED:**

Kevin Nathaniel Fox    **DEC 2 0 2019**

UNITED STATES MAGISTRATE JUDGE    DATE

KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York

Distribution:    White → Court    Yellow → Marshal, Green → Pretrial Services    Pink → AUSA Copy